**Maher N. GUIRGUIS, et al., Appellants,**

v.

**Greg GUILFOIL, et al., d/b/a Northstar Construction and Design Systems, Respondents.**

**Nos. WD 53787, WD 53804.**

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

David P. Chamberlain, Liberty, for Appellants.

L.J. Buckner, Jr., Kansas City, for Respondents.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

### ORDER

PER CURIAM.

Maher and Janet Guirguis appeal from the trial court's dismissal of Becky Guilfoil and judgment for the Guirguises on their breach of contract claim. Greg Guilfoil cross-appeals.

Judgment affirmed. Rule 84.16(b).